Jerry J. SULLIVAN, Appellant,

v.

EMPLOYER HEALTH SERVICES, INC., d/b/a Business and Industry Health Group, Respondent.

No. WD 47563.

Missouri Court of Appeals,
Western District.

Sept. 14, 1993.

Mark Reinhard Schmid, Kansas City, for appellant.

William Lee Yocum, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and KENNEDY and LOWENSTEIN, JJ.

#### ORDER

PER CURIAM.

Appeal from summary judgment in medical malpractice action. Judgment affirmed pursuant to Rule 84.16(b).